Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                 Case No.:  19−10752−ABA
                 Chapter:  13
                 Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yasmin N Hill
    1 Rosebush Court
    Sicklerville, NJ 08081

Social Security No.:
    xxx−xx−8871

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on June 14, 2019.

    On March 19, 2020, the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                April 22, 2020
Time:               10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 19, 2020
JAN: jpl

                                                                                                                            Jeanne Naughton
                                                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-10752-ABA
Yasmin N Hill                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: Mar 19, 2020
                              Form ID: 185               Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
```
db             +Yasmin N Hill,    1 Rosebush Court,    Sicklerville, NJ 08081-4149
518059341       ATLANTIC ER PHYS TEAM PED,    PO Box 1123,    Minneapolis, MN 55440-1123
518059486       EMERG PHY ASSOC OF S.JERSEY,PC,    PO Box 1123,    Minneapolis, MN 55440-1123
517965995      +Fein Such Kahn and Shepard,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
518139963      +Lakeview Loan Servicing, LLC,    Douglas McDonough,    c/o Frenkel, Lambert, Weiss,,
                 Weisman & Gordon, LLP,    80 Main Street, Suite 460,    West Orange, NJ 07052-5414
517965998      +Mohela/Department Of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
518224515     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517966000      +Specialized Loan Servicing,    SUite 300 8742 Lucent Boulevard,    Highlands Ranch, CO 80129-2386
517966001      +Toyota Motor Credit,    Suite 260 240 Gibraltar Road,    Horsham, PA 19044-2387
518025102      +Toyota Motor Credit Corporation,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518018210      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518347168       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2020 23:58:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2020 23:58:36      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518156941      +E-mail/Text: bankruptcy@pepcoholdings.com Mar 19 2020 23:58:20
                 Atlantic City Electric Company,    5 Collins Drive Suite 2133,    Carneys Point NJ 08069-3600
517965996       E-mail/Text: cashiering-administrationservices@flagstar.com Mar 19 2020 23:58:59
                 Flagstar Mortgage,    5151 Corporate Dr,    Troy, MI   48098-2639
518295777      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 19 2020 23:58:13      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518579048       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 00:08:48      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518579049       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 00:08:47      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
518133274       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 00:10:02      LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
518140549      +E-mail/Text: cashiering-administrationservices@flagstar.com Mar 19 2020 23:58:59
                 Lakeview Loan Servicing, LLC,    c/o Flagstar Bank, FSB,    5151 Corporate Drive,
                 Troy, Michigan 48098-2639
518048196      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2020 23:58:35      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517965999      +E-mail/PDF: pa_dc_claims@navient.com Mar 20 2020 00:07:32      Navient,    123 S Justison St Fl 3,
                 Wilmington, DE 19801-5363
518073899       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 00:07:30
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,    Norfolk VA 23541
518073916       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 00:08:39
                 Portfolio Recovery Associates, LLC,    c/o Lane Bryant,    POB 41067,    Norfolk VA 23541
518139896      +E-mail/Text: bncmail@w-legal.com Mar 19 2020 23:58:44      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517967376      +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 00:07:11      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518530933      +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 00:07:11      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 16
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517965997      ##McCalla Raymer Leibert and Pierce,    99 Wood Ave S Ste 803,    Iselin, NJ   08830-2713
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 19, 2020
                              Form ID: 185             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor    Lakeview Loan Servicing, LLC DMcDonough@flwlaw.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Moshe  Rothenberg    on behalf of Debtor Yasmin N Hill moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 8
```