Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−10752−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Yasmin N Hill
  1 Rosebush Court
  Sicklerville, NJ 08081

Social Security No.:
  xxx−xx−8871

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/20/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 20, 2021
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-10752-ABA |
| Yasmin N Hill | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 20, 2021 | Form ID: 148 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yasmin N Hill, 1 Rosebush Court, Sicklerville, NJ 08081-4149 |
| 518059341 | | ATLANTIC ER PHYS TEAM PED, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518059486 | | EMERG PHY ASSOC OF S.JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 517965995 | + | Fein Such Kahn and Shepard, 7 Century Dr Ste 201, Parsippany, NJ 07054-4673 |
| 518139963 | + | Lakeview Loan Servicing, LLC, Douglas McDonough, c/o Frenkel, Lambert, Weiss,, Weisman & Gordon, LLP, 80 Main Street, Suite 460 West Orange, NJ 07052-5414 |
| 517965998 | + | Mohela/Department Of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 518224515 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517966000 | + | Specialized Loan Servicing, SUite 300 8742 Lucent Boulevard, Highlands Ranch, CO 80129-2386 |
| 518018210 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518025102 | + | Toyota Motor Credit Corporation, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518347168 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 20 2021 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 20 2021 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518156941 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 20 2021 20:33:00 | Atlantic City Electric Company, 5 Collins Drive Suite 2133, Carneys Point NJ 08069-3600 |
| 518824771 | | Email/Text: megan.harper@phila.gov | Aug 20 2021 20:33:00 | City of Philadelphia, Department of Revenue, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 518824770 | | Email/Text: megan.harper@phila.gov | Aug 20 2021 20:33:00 | City of Philadelphia, Water Revenue Bureau, P.O. Box 41496, Philadelphia, PA 19101-1496 |
| 518825701 | | EDI: WFNNB.COM | Aug 21 2021 00:23:00 | Comenity Bank, PO Box 182789, Columbus OH 43218-2789 |
| 517965996 | | Email/Text: cashiering-administrationservices@flagstar.com | Aug 20 2021 20:33:00 | Flagstar Mortgage, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 518295777 | + | EDI: IRS.COM | Aug 21 2021 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518133274 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2021 20:41:26 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 19-10752-ABA    Doc 81    Filed 08/22/21    Entered 08/23/21 00:15:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: 148 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 518579049 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2021 20:41:34 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579048 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2021 20:41:17 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518140549 | + | Email/Text: cashiering-administrationservices@flagstar.com | Aug 20 2021 20:33:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 518048196 | + | EDI: MID8.COM | Aug 21 2021 00:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517965999 | + | EDI: NAVIENTFKASMSERV.COM | Aug 21 2021 00:23:00 | Navient, 123 S Justison St Fl 3, Wilmington, DE 19801-5363 |
| 518073899 | | EDI: PRA.COM | Aug 21 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518073916 | | EDI: PRA.COM | Aug 21 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Lane Bryant, POB 41067, Norfolk VA 23541 |
| 518139896 | + | Email/Text: bncmail@w-legal.com | Aug 20 2021 20:33:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518530933 | + | EDI: RMSC.COM | Aug 21 2021 00:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517967376 | + | EDI: RMSC.COM | Aug 21 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517966001 | + | EDI: TFSR.COM | Aug 21 2021 00:23:00 | Toyota Motor Credit, Suite 260 240 Gibraltar Road, Horsham, PA 19044-2387 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517965997 | ## | McCalla Raymer Leibert and Pierce, 99 Wood Ave S Ste 803, Iselin, NJ 08830-2713 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Aug 20, 2021 | Form ID: 148 | Total Noticed: 31

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Lakeview Loan Servicing LLC DMcDonough@flwlaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Moshe Rothenberg | on behalf of Debtor Yasmin N Hill moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8